

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,815-01

### EX PARTE CORDERRAL JOHN SMITH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR28321-A IN THE 253RD DISTRICT COURT
### FROM LIBERTY COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to imprisonment for life. The Thirteenth Court of Appeals affirmed the judgment of conviction. *Smith v. State*, No. 13-10-00552-CR (Tex. App.—Corpus Christi–Edinburg Apr. 12, 2012) (not designated for publication).

Applicant contends, among other things, that trial and appellant counsel rendered ineffective assistance. On April 30 and May 6, 2014, the trial court signed orders appointing habeas counsel to represent Applicant. On October 21, 2014, the trial court entered an untimely order designating

issues. It appears that the District Clerk forwarded this application pursuant to Rule of Appellate Procedure 73.4(b)(5). We remand this application to the 253rd District Court of Liberty County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: March 4, 2015
Do not publish